# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146786 (5)

RICO MENEFEE,

      Plaintiff,

v                                   SC: 146786
                                       AGC: 0312-99

ATTORNEY GRIEVANCE COMMISSION,

      Defendant.
_____

      On order of the Chief Justice, plaintiff's motion for reconsideration of the order of March 5, 2013 is denied because does not appear that it was entered erroneously.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2013

jam                                        Clerk